IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| **Plaintiff,** | ) ) | Case No. 11-879-JPG-PMF |
| vs. | ) ) ) | CJRA Track **D** |
| MACH MINING, LLC, | ) ) ) | Jury Trial Date: July 29, 2013, 9:00 a.m. |
| **Defendant.** | ) | |

## SCHEDULING AND DISCOVERY ORDER

Having reviewed the Report of the Parties and finding that the parties have complied with the requirements of Federal Rule of Civil Procedure 26(f) and SDIL-LR 16.2(a), the Court hereby approves and enters the Proposed Scheduling and Discovery Order as submitted by the parties, and reassigns this case to a Track D.

The present Final Pretrial Conference setting on November 2, 2012, at 9:30 a.m. is STRICKEN and RESET for **July 19, 2013, at 9:30 a.m.** before the Honorable J. Phil Gilbert, District Judge, U.S. Courthouse, 301 West Main Street, Benton, Illinois.

The present Jury Trial setting on November 13, 2012, at 9:00 a.m. is is STRICKEN and RESET for **July 29, 2013, at 9:00 a.m.**, also before the Honorable J. Phil Gilbert, District Judge, U.S. Courthouse, 301 West Main Street, Benton, Illinois.

It is further ORDERED that any challenges to a potential witness' testimony brought pursuant to Fed. R. Evid. 702 or 703 MUST be made via motion filed not later than the deadline for filing dispositive motions. Any objection will be deemed waived after that date.

DATED:   January 24, 2012.

/s/ *Philip M. Frazier*
HON. PHILIP M. FRAZIER
UNITED STATES MAGISTRATE JUDGE