IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 11-cv-00879-JPG-RJD |
| MACH MINING, LLC, | ) ) ) | |
| Defendant. | ) ) | |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 16-cv-01306-JPG-RJD |
| FORESIGHT ENERGY SERVICES LLC, WILLIAMSON ENERGY, LLC, FORESIGHT ENERGY LLC, SUGAR CAMP COAL LLC/BIG RIDGE, PATTON MINING LLC, M-CLASS MINING LLC, HILLSBORO ENERGY LLC, FORESIGHT ENERGY LP, FORESIGHT ENERGY LABOR LLC, MACOUPIN ENERGY LLC, MARYAN MINING LLC, and VIKING MINE LLC, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Equal Employment Opportunity Commission's ("EEOC") Agreed Motion (Doc. 174, 11-cv-00879) for Consolidation. Pursuant to Federal Rule of Civil Procedure 42(a), the Court has discretion to consolidate actions that involve a common question of law or fact. In these cases, the Court finds that there are common questions of law and fact involving alleged violations of Title VII against related mining entities. The Court

further notes that the parties have a pending Agreed Motion (Doc. 175, 11-cv-00879) for Approval of Consent Decree involving both cases.

Therefore, the Court **GRANTS** Plaintiff's Equal Employment Opportunity Commission's Agreed Motion (Doc. 174, 11-cv-00879) for Consolidation.  The Court hereby **CONSOLIDATES** *EEOC v. Foresight Energy Services, et al.,* 16-cv-01306-JPG-RJD with *EEOC v. Mach mining, LLC,* 11-cv-00879-JPG-RJD.  All future filing shall bear the consolidated caption used in this order and shall be filed **ONLY** in *EEOC v. Mach mining, LLC,* 11-cv-00879-JPG-RJD.  The Court will strike any filings in the case *EEOC v. Foresight Energy Services, et al.,* 16-cv-01306-JPG-RJD subsequent to this order.

**IT IS SO ORDERED.**

**DATED:** 12/12/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**